UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 MAR 15 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RODOLFO LANDA RIVERA,
    Plaintiff,

vs.                              CIVIL NO. 98-1778 (DRD)

J.A. GARCIA, et al.,
    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ADJUDGED AND DECREED.

Date: March 14, 2000

P:\PEACHORD ERS\98-1778 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge